# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHARLES EDWARD JONES, SR.**  **PLAINTIFF**
**ADC # 144544**

**VS.**  **5:18-CV-00192-BRW**

**JOSEPHINE T. GRIFFIN,** *et al.*  **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 1st day of August, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE