IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| **CHARLES EDWARD JONES, SR.**<br>ADC # 144544 | **PLAINTIFF** |
| VS.      5:18-CV-00192-BRW | |
| **JOSEPHINE T. GRIFFIN,** *et al.* | **DEFENDANT** |

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 21st day of August, 2018.

 

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE